## Harding & Miller, Appellee, v. C. A. Sharpe, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Wabash county; the Hon. WILLIAM H. GREEN, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 1, 1914.

### Statement of the Case.

Action by Harding & Miller, a corporation, against C. A. Sharpe in replevin to recover possession of a certain piano stool and scarf. From a verdict and judgment finding the right of property to be in plaintiff, defendant appeals.

H. M. PHIPPS, for appellant.

E. B. GREEN and THEO G. RISLEY, for appellee.

MR. JUSTICE HARRIS delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

SALES, § 436*—*when seller entitled to possession as against chattel mortgagee.* Where a corporation sold a piano stool and scarf to certain individuals and received their obligation to pay therefor in instalments and on default in payment the seller returned to the purchasers their obligation and took possession of the property after the purchasers gave a third party a chattel mortgage but before it was recorded, *held* in replevin by the seller against the mortgagee, who had possession of the property, that a verdict and judgment for the plaintiff was proper for the reason that neither the plaintiff nor the defendant at the time plaintiff took possession of the property had a lien thereon which was valid against other lien holders and that the defendant was not in a position to complain.